Granger & Co. and Others, Appellants, v. Harry L. Allen, as Trustee in Bankruptcy, and Others, Respondents. Harry L. Allen, as Trustee in Bankruptcy, etc., Appellant, v. Charles W. Fink, Respondent, and 36 Other Actions Brought by the Same Plaintiff against Separate Defendants.— The two motions

to strike from the files the two appeal books as printed, or in the alternative to dismiss the various appeals taken, are denied, with ten dollars costs on each motion.    Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.